168 So. 900

### Herman HAWKINS v. STATE.

7 Div. 393.

Supreme Court of Alabama.
June 4, 1936.

Rehearing Denied June 25, 1936.

Motley & Motley, of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Herman Hawkins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Herman Hawkins v. State, 168 So. 899.

*Writ denied.*

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.